

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Assistant Corporation Counsel*<br>Tel: (212) 788-0988<br>Fax: (212) 788-9776 |

September 25, 2010

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Javier Jones v. City of New York, et al., 10 CV 3719 (ILG) (CLP)

Your Honor:

        I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly

        Respectfully submitted,

        Brian Francolla
        Assistant Corporation Counsel
        Special Federal Litigation Division

cc:    Ugochukwu Uzoh, Esq, (by ECF)
       Attorney for Plaintiff
       Ugochukwu Uzoh & Associates
       255 Livingston Street, 4th Floor
       Brooklyn, NY 11217